UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID M. STITT

VERSUS

JERRY GOODWIN, ET AL.

CIVIL ACTION

16-231-SDD-RLB

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 8, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, Petitioner's application for *habeas corpus* relief shall be denied with prejudice as untimely. Further, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Baton Rouge, Louisiana the 26 day of July, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.
[3] Rec. Doc. 5.